[No. 54900-6-I. Division One. August 15, 2005.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. MORRISON KNUDSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-14468-1, John P. Erlick, J., entered August 9, 2004. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 130 Wn. App. 27.

[No. 54936-7-I. Division One. August 15, 2005.]

CENTIMARK CORPORATION, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-04314-1, Thomas J. Wynne, J., entered August 12, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ. Now published in part at 129 Wn. App. 368.

[No. 55294-5-I. Division One. August 15, 2005.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. WALTER DAUBNEY, *Respondent.*

Appeal from judgments of the Superior Court for Snohomish County, No. 03-2-12238-4, David F. Hulbert, J., entered October 21 and November 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55317-8-I. Division One. August 15, 2005.]

DEBRA L. WILSON, *Respondent*, v. GENESIS ENVIRONMENTAL LTD., INC., ET AL., *Defendants*, JERRY BOLSER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-17650-6, Anthony P. Wartnik, J., entered October 18, 2004. *Affirmed* by unpublished per curiam opinion.